### PINKSTON *v.* MERCER *et al.*

SIMMONS, C. J.  1. Hospitality extended to a juror by one of the parties to a
case, after the juror has agreed to a verdict which has not been published but
which has been sealed and delivered to the foreman, the jury by consent of
parties dispersing, is not cause for a new trial. Under such circumstances, it
would no longer have been lawful for the juror to recede from the finding ex-
pressed in the verdict.

2. The errors complained of in the charge of the court were, when taken in con-
nection with the whole charge, not misleading; the general charge covered
the request to charge which was refused; the evidence was sufficient to au-
thorize the verdict, and the trial judge did not err in refusing a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued November 12, — Decided November 29, 1900.

Action for breach of warranty.    Before Judge Sheffield.    Quit-
man superior court.    September term, 1899.

*Hickey & Fort*, for plaintiff.    *W. C. Worrill*, for defendants.